David R. Jenkins, #95301
Post Office Box 1406
Fresno, California 93716
Telephone (559) 264-5695
Facsimile (559) 264-5693
e-mail: drjbklawyer@sbcglobal.net

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

In the Matter of

JANET BOLLINGER,

Debtor.

Case No. 08-18571-A-7F
Chapter 7

## DEBTOR(S) OFFER TO REAFFIRM AND REQUEST FOR REAFFIRMATION AGREEMENT

TO BANK OF THE WEST:

Please take notice that the Debtor hereby offers to reaffirm, on the original contract terms, the contract described below. The Debtor further requests that you forward a reaffirmation agreement, to their counsel, at: David R. Jenkins, P.O. Box 1406, Fresno, California, 93716. The contract that is the subject of this offer and request is:

A. Bank of the West account number 300811884 consisting of a purchase money loan secured by a 2007 Ford Freestyle.

Dated: February 6, 2009

s/ David R. Jenkins
David R. Jenkins, Attorney for Debtor

FILED
February 11, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001657016